THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00882-MJW

JONCARLO E. FERNANDEZ,

    Plaintiff,

v.

VERTICAL ARTS, INC.

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS THIS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

---

THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss this Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulated Motion"), and the Court being advised in the matter, IT IS ORDERED that the Motion is GRANTED. This case is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 4th day of July, 2015.

BY THE COURT:

Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado